No. 100. PURE OIL CO. *v.* OKLAHOMA TAX COMMISSION. Appeal from the Supreme Court of Oklahoma. Decided October 11, 1937. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Continental Baking Co.* v. *Woodring,* 286 U. S. 352, 372, 373; *Hicklin* v. *Coney,* 290 U. S. 169, 174–177; *Aero Transit Co.* v. *Georgia Commission,* 295 U. S. 285, 290, 291; *Evans Terry Co.* v. *Mississippi,* 296 U. S. 538. MR. JUSTICE SUTHERLAND took no part in the consideration or decision of this case. *Mr. Alvin Richards* for appellant. No appearance for appellee.

No. 120. WALLS *v.* NORTH CAROLINA. Appeal from the Supreme Court of North Carolina;

No. 376. DALLAO *v.* LOUISIANA; and

No. 377. UGARTE *v.* LOUISIANA. Appeals from the Supreme Court of Louisiana. Decided October 11, 1937. *Per Curiam:* The appeals herein are dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925, 43 Stat. 936, 937. Treating the papers whereon the appeals were allowed as petitions for writs of certiorari, as required by § 237 (c), Judicial Code, as amended, 43 Stat. 936, 938, certiorari is denied. The motions for leave to proceed further herein *in forma pauperis* are denied. *Tommie Walls, pro se. Mr. Henry P. Viering* for appellant in No. 376. *Mr. Loys Charbonnet* for appellant in No. 377. No appearance for appellees. Reported below: No. 120, 211 N. C. 487; 191 S. E. 232; Nos. 376 and 377, 187 La. 392; 175 So. 4.